UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER ALLEN,<br><br>                              Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>                              Defendant. | NO:  1:14-CV-3177-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is Magistrate Judge Rodgers' August 10, 2015, Report and Recommendation, **ECF No. 22**, to grant the parties' Stipulated Motion for Remand, ECF No. 21, to reverse and remand this case to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), to strike Plaintiff's Motion for Summary Judgment, ECF No. 16, and to enter judgment in Plaintiff's favor.  Plaintiff is represented by D. James Tree.  Assistant United States Attorney Pamela J. DeRusha, and Social Security Administration counsel Erin Frances Highland represent Defendant.  Objections to the Report and Recommendation were due on August 20, 2015.  Neither party filed objections.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

The Court has reviewed and considered the Report and Recommendation, the parties' Stipulated Motion for Remand, and all relevant filings. Having reviewed the August 10, 2015, Report and Recommendation *de novo*, the Report and Recommendation, **ECF No. 22**, is **ADOPTED in its entirety**.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 21**, is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is hereby **STRICKEN as moot**.

3. **Judgment** shall be **ENTERED** for Plaintiff.

4. This case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall: (1) reevaluate the medical opinions of record and provide adequate rationale for the rejection of any opinions that the ALJ chooses not to accept; (2) reevaluate Plaintiff's mental impairments pursuant to the special technique in 20 C.F.R. §§ 404.1520 and 416.920; (3) further assess Plaintiff's residual functional capacity; (4) further evaluate Plaintiff's subjective complaints; (5) hold a new hearing and allow Plaintiff to testify and submit new evidence; (6) obtain evidence from a medical expert concerning the nature and severity of Plaintiff's impairments, if warranted and available; and (7) obtain evidence from a

vocational expert to clarify the effects of the assessed limitations on Plaintiff's occupational base, if warranted.

5. Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

**IT IS SO ORDERED**.  The District Court Clerk is directed to file this Order, to provide copies to counsel, and to **close** this case.

**DATED** this 27th day of August 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge
