UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER ALLEN,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>      Defendant. | No.  1:14-CV-3177-RMP<br><br>JUDGMENT IN A<br>CIVIL CASE |

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

This matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be closed.

DATED:  August 27, 2015

                                                  SEAN F. McAVOY
                                                  Clerk of Court

                                                  By: *s/Virginia Reisenuaer*
                                                           Deputy Clerk